**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

CRUZ MARIA-MEJIA

                           Plaintiff,

                    - against -

THE CITY OF YONKERS, DON-GLO IV
OF YONKERS SERVICE CENTER INC.,
and DOUGLAS FOLEY

                          Defendants.
------------------------------------------------------------------------X

25-cv-05845 (KPK)(SN)

**JUDGMENT**

This action, having been commenced by the filing of the Complaint dated July 16, 2025; and it appearing that Defendant, City of Yonkers ("Defendant") made an offer of judgment pursuant to Federal Rule of Civil Procedure 68 on February 5, 2026; and it appearing that Plaintiff, Cruz Maria-Mejia ("Plaintiff') unconditionally accepted that offer on February 9, 2026; and Plaintiff having filed the offer, acceptance, and an appropriate proof of service with the court in accordance with Rule 68(a); and good cause having been shown; judgment is hereby entered against Defendant pursuant to Fed. R. Civ. P. 68 as follows:

Judgment is entered in favor of Plaintiff and against Defendant, City of Yonkers, in the amount of $16,000, inclusive of all costs, disbursements and Attorney's fees incurred by or on behalf of the Plaintiff and any claims that said Plaintiff could assert against the Defendant City or otherwise for costs, disbursements and Attorney's fees, in the Above Captioned Matter;

This Court shall retain jurisdiction of this action to ensure compliance with this Order and for all other purposes related to this Action.

There being no just reason for delay, the Clerk of the Court is hereby instructed to enter this Order and Judgment against Defendant City of Yonkers forthwith and without further notice.

The Clerk of Court is directed to close this case.

SO ORDERED, this ___12___ day ___March___ ,2026.

Dated: ___March 12___ 2026
New York, New York

*Katherine Polk Failla*

_____
Katherine Polk Failla
United States District Judge